IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————

No. 22-11287-X

————————————

HEALTH FREEDOM DEFENSE FUND,
a Wyoming Not-for-Profit Corporation,
ANA CAROLINA DAZA,
an individual,
SARAH POPE,
an individual,

                                        Plaintiffs - Appellees,


versus

PRESIDENT OF THE UNITED STATES,
SECRETARY OF HEALTH AND HUMAN SERVICES,
THE CENTERS FOR DISEASE CONTROL,  et al.,

                                        Defendants - Appellants.

————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————

ORDER:

        The State Amici's motion for leave to participate in oral argument is **GRANTED.**

        The State Amici's motion for additional ten (10) minutes per side for oral argument, with

Appellants receiving twenty-five (25) minutes, Appellees receiving fifteen (15) minutes, and State

Amici receiving ten (10) minutes is **GRANTED.**


                                        DAVID J. SMITH
                                        Clerk of the United States Court of
                                        Appeals for the Eleventh Circuit

                                        ENTERED FOR THE COURT - BY DIRECTION