IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

HEALTH FREEDOM DEFENSE FUND, INC., et al., )
)
              Plaintiffs-Appellees, )
) No. 22-11287
v. )
)
JOSEPH R. BIDEN, JR., President of the United State, et al., )
)
             Defendants-Appellants. )

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Circuit Rule 26.1-1, appellants certify that, to the best of their knowledge, the following persons and entities may have an interest in the outcome of this case:

Becerra, Xavier

Beckenhauer, Eric B.

Biden, Jr., Joseph R.

Boynton, Brian M.

Cetron, Martin S.

Davillier Law Group, LLC

Daza, Ana Carolina

Freidah, Andrew F.

Gerardi, Michael J.

Health Freedom Defense Fund, Inc. v. Biden, No. 22-11287

Hadaway, Brant C.

Hadaway, PLLC

Handberg, Roger B.

Health Freedom Defense Fund, Inc., a not-for-profit corporation ("HFDF")

Klein, Alisa B.

Manookian, Leslie, President and Chairperson of HFDF

Mizelle, Honorable Kathryn Kimball, U.S. District Court Judge

Pezzi, Stephen M.

Pope, Sarah

Porcelli, Honorable Anthony E., U.S. Magistrate Judge

Seamon, Richard H.

Springer, Brian J.

United States of America

U.S. Centers for Disease Control and Prevention

U.S. Department of Health and Human Services

Walensky, Rochelle P.

Walker, Johnny H.

Wentz, Jr., George Robinson

/s/ Alisa B. Klein
_____
Alisa B. Klein
Attorney for Appellants

C-2 of 2

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| HEALTH FREEDOM DEFENSE FUND, INC., et al.,<br><br>　　　　　　Plaintiffs-Appellees,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., President of the United State, et al.,<br><br>　　　　　　Defendants-Appellants. | No. 22-11287 |

### APPELLANTS' UNOPPOSED MOTION FOR A
### 21-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF

Appellants respectfully request a 21-day extension of time, to and including May 23, 2023, in which to file their supplemental brief on mootness.

The reasons are as follows:

1.　On April 11, 2023, the Court directed the parties to file supplemental briefs by May 2, 2023, to address issues pertaining to mootness.

2.　On April 19, 2023, the Court granted plaintiff's unopposed motion for a 21-day extension of time, to and including May 23, 2023, in which to file its supplemental brief.

3.　Although plaintiff's motion asked the Court to extend the deadline for all parties, the Court's order extended the deadline for plaintiff's brief only. Accordingly, we respectfully request that this Court likewise extend the deadline for

the government's brief by 21 days, to and including May 23, 2023. The requested extension is necessary in light of travel and other commitments of government counsel. Brian Spring is lead counsel for the government in this case. Mr. Springer is out of the country on vacation until May 5, 2023. Alisa Klein is the supervisor on this case. Ms. Klein also has principal or supervisory responsibility for the following matters with upcoming deadlines: *Braidwood Management, Inc. v. Becerra*, No. 23-10326 (5th Cir.) (stay motion expected to be filed on or around April 24); *Allstates Refractory Contractors LLC v. Walsh*, No. 22-3772 (6th Cir.) (oral argument on April 27); *Angela Cox v. Kijakazi*, No. 22-5050 (D.C. Cir.) (oral argument on May 1); *Hannah P v. Haines*, No. 22-1498 (4th Cir.) (oral argument on May 3); *Logic Tech Dev LLC v. FDA*, No. 21-1709 (3rd Cir.) (oral argument on May 8).

    4.    Plaintiff's counsel authorized us to state that this extension motion is unopposed.

Respectfully submitted,

/s/ Alisa B. Klein

_____

ALISA B. KLEIN
BRIAN SPRINGER
 (202) 514-1597
 Attorneys, Appellate Staff
 Civil Division, Room 7235
 Department of Justice
 950 Pennsylvania Ave., N.W.
 Washington, D.C. 20530

## CERTIFICATE OF COMPLIANCE

I certify that this motion is proportionately spaced, using Times New Roman, 14-point font. Based on a word count under Microsoft Word, the body of this motion contains 283 words.

/s/ Alisa B. Klein

_____

Alisa B. Klein
Attorney for the Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, I served the foregoing motion by filing it through the CM/ECF system, with which all counsel are registered.

/s/ Alisa B. Klein

_____

Alisa B. Klein
Attorney for the Appellants