IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

----

No. 22-11287-AA

----

HEALTH FREEDOM DEFENSE FUND,
a Wyoming Not-for-Profit Corporation,
ANA CAROLINA DAZA,
an individual,
SARAH POPE,
an individual,

                                                  Plaintiffs - Appellees,

versus

PRESIDENT OF THE UNITED STATES,
SECRETARY OF HEALTH AND HUMAN SERVICES,
THE CENTERS FOR DISEASE CONTROL,
THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,
DIRECTOR OF THE CENTERS FOR DISEASE CONTROL
AND PREVENTION, et al.,

                                                  Defendants - Appellants.

----

Appeal from the United States District Court
for the Middle District of Florida

----

ORDER:

Appellants' motion for enlargement of time to submit briefs on mootness is GRANTED.

Appellants' brief is due on May 23, 2023.

                                                  DAVID J. SMITH
                              Clerk of the United States Court of
                                       Appeals for the Eleventh Circuit

                        ENTERED FOR THE COURT - BY DIRECTION