No. 22-11287

# In the United States Court of Appeals for the Eleventh Circuit

---

HEALTH FREEDOM DEFENSE FUND INC., ET AL.,

*Plaintiff–Appellees*,

v.

JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL.,

*Defendants–Appellants*.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:21-CV-01693

---

JAMES H. PERCIVAL
*Deputy Attorney General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
henry.whitaker@myfloridalegal.com

ASHLEY MOODY
 *Attorney General*
HENRY WHITAKER
 *Solicitor General*
JEFFREY DESOUSA
 *Chief Deputy Solicitor General*
EVAN EZRAY
 *Deputy Solicitor General*

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate Of Interested Persons contained in the opening brief or in any other brief filed.

## MOTION TO WITHDRAW AS COUNSEL

I, Evan Ezray, respectfully request leave to withdraw as counsel for amicus curiae, State of Florida and the states of Alabama, Alaska, Arizona, Arkansas, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, Texas, Utah, Virginia, and West Virginia. I will be leaving the office of the attorney general in the coming weeks. The amicus curiae will continue to be represented by Jeffrey DeSousa and Henry Whitaker.

Dated: April 21, 2023                Respectfully submitted,

                                             ASHLEY MOODY
                                             Attorney General

                                             */s/ Evan Ezray*
                                             HENRY WHITAKER
                                               *Solicitor General*
                                             JEFFREY DESOUSA
                                               *Chief Deputy Solicitor General*
                                               EVAN EZRAY
                                               *Deputy Solicitor General*

                                               Office of the Attorney General
                                               PL-01, The Capitol
                                               Tallahassee, FL 32399-1050
                                               (850) 414-3681
                                               (850) 410-2672 (fax)
                                               *henry.whitaker@myfloridalegal.com*
                                               *jeffrey.desousa@myfloridalegal.com*
                                               *evan.ezray@myfloridalegal.com*

                                               *Counsel for Amicus*

2

## **CERTIFICATE OF SERVICE**

I certify that on April 21st, 2023, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Evan Ezray*
Deputy Solicitor General

3